**SAO**
RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 5488
**RALPH A. SCHWARTZ, P.C.**
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone No.: (702) 888-5291
Facsimile No.: (702) 888-5292
Email: mail@888law1.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH A. SHAW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00071-rfb-VCF<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, by and through her attorneys, RYAN L. DENNET, ESQ the law firm of DENNETT WINSPEAR and Plaintiff, ELIZABETH A. SHAW, by and through her attorney, RALPH A. SCHWARTZ, ESQ. of the law firm of RALPH A. SCHWARTZ, P.C., that the above captioned action and any and all claims asserted by Plaintiff in her Complaint against Defendant, in said captioned action are hereby

/ / /

/ / /

1

dismissed without prejudice.  Each party is to bear their own attorneys' fees, interest and costs.

DATED this 21st day of August, 2023.

**DENNETT WINSPEAR, LLP.**

/s/ Ryan L. Dennet
RYAN A. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Dr., Suite 195
Las Vegas, Nevada 89129
Attorney for Defendant

DATED this 21st day of August 2023.

**RALPH A. SCHWARTZ, P.C.**

/s/ Ralph A. Schawrtz
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Attorney for Plaintiff

2

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Stipulation of Dismissal of the parties hereto, that the above captioned action and any and all claims asserted by Plaintiff in her Complaint against Defendant, ELIZABETH A. SHAW in said captioned action are hereby DISMISSED WITHOUT PREJUDICE.  Each party is to bear their own attorneys' fees, interest and costs.

Date: August 22, 2023

_____
DISTRICT COURT JUDGE